**Abatement Order filed May 22, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-13-00961-CR

_____

**ERIC GUY MARKLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

___

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 1859025**

___

## ABATEMENT ORDER

The reporter's record in this case was due January 20, 2014. *See* Tex. R. App. P. 35.1. On January 16, 2014, the court reporter for this case, Sondra Humphrey, filed a notice in this court stating that appellant, who has not been determined to be indigent, had not made payment arrangements for preparation of the record, and she requested an extension of time to file the record until February 11, 2014. The requested extension was granted, but the record was not filed. On

February 13, 2014, this court ordered Sondra Humphrey to file the record within 30 days. On February 25, 2014, Sondra Humphrey again filed a notice in this court stating that appellant had not made payment arrangements for preparation of the record.

On February 26, 2014, this court notified appellant that we would consider the appeal without a reporter's record unless appellant provided proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response. Accordingly, on March 25, 2014, this court ordered appellant's retained counsel, Charles G. Kingsbury, to file appellant's brief without the benefit of the reporter's record on or before April 24, 2014. The brief was not filed as ordered, and a notice the brief was past due was provided to the court and the parties. On May 14, 2014, appellant's counsel requested an extension of time to file the brief until June 27, 2014. The request was granted.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The court reporter in this case, Sondra Humphrey, is currently under court orders to complete the records she transcribed while serving as the court reporter for Harris County Criminal Court at Law No. 8. We have been advised that the Honorable Sherman A. Ross, the presiding judge for the Harris County Criminal Courts at Law, is presiding over hearings related to the records reported by Ms. Humphreys. We also have been notified that partial payment has been made for the record in this case. Accordingly, we issue the following order:

We abate the appeal and direct the Honorable Sherman A. Ross, the presiding judge of the Harris County Criminal Courts at Law**,** to conduct a hearing at which the court reporter, appellant's counsel, and counsel for the State shall participate (a) to determine whether payment for the record has been made; (b)

whether the court reporter should be ordered to complete the reporter's record in this appeal; and (c) if the court reporter is ordered to complete the record, to establish a date certain when the reporter's record will be filed. We order the court to have a reporter's record of the hearing prepared, and to make findings of fact and conclusions of law, and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental records are filed in this court. The court also will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. If the court reporter files the record prior to the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.